```
               UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF OHIO
                     WESTERN DIVISION
```

**CIVIL ACTION NO. 1:16-cv-992 (WOB-KLL)**

**WARREN PARKS**                                                **PETITIONER**

VS.                              <u>**JUDGMENT**</u>

**WARDEN, CORRECTIONAL**
**INDUSTRIES FACILITY**                                         **RESPONDENT**

This matter is before the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. 2), and having considered *de novo* those objections filed thereto by Petitioner (Doc. 3), and the Court being sufficiently advised,

**IT IS ORDERED** that the Report and Recommendation (Doc. 2) be, and it hereby is, **adopted** as the findings of fact and conclusions of law of this Court; that petitioner's Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 (Doc. 1), is **DISMISSED** with prejudice on the grounds that this Court lacks jurisdiction to consider it. A certificate of appealability shall not issue because petitioner had not stated a "viable claim of the denial of a constitutional right", nor are the issues presented "adequately to deserve encouragement to proceed further." 3) Pursuant to 28 U.S.C. § 1915(a)(3), any application by petitioner to proceed on appeal *in forma pauperis* of this

judgment would be not be taken in "good faith," and therefore, would be **DENIED** upon a showing of financial necessity.

This 2nd day of December, 2016.



Signed By:
*William O. Bertelsman* WOB
United States District Judge